No. 3. MARY HELEN BROWN, PLAINTIFF IN ERROR, *v.* THE CITY OF NEW YORK. In error to the District Court of the United States for the Southern District of New York. Argued October 20, 1916. Decided October 30, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Consol. Turnpike* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Ennis Water Works* v. *Ennis,* 233 U. S. 652, 658; *Parker* v. *McLain,* 237 U. S. 469, 471–472; (2) *Shoemaker* v. *United States,* 147 U. S. 282, 321; *Prosser* v. *Northern Pacific R. R.,* 152 U. S. 59; *Bauman* v. *Ross,* 167 U. S. 548, 596; *Ramapo Water Co.* v. *City of New York,* 236 U. S. 579. *Mr. Omri F. Hibbard, Mr. N. T. M. Melliss* and *Mr. Nathan I. Sachs* for the plaintiff in error. *Mr. Terence Farley* for the defendant in error.

No. 28. RIGHT REVEREND LIBERT HUBERT BOEY-NAEMS, BISHOP OF ZEUGMA, VICAR APOSTOLIC OF HAWAII, TRUSTEE, PLAINTIFF IN ERROR, *v.* L. AH LEONG. In error to the Supreme Court of the Territory of Hawaii. Submitted October 23, 1916. Decided October 30, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of *Lewis & Cooke* v. *Atcherley,* 222 U. S. 285, 294; *John Ii Estate* v. *Brown,* 235 U. S. 342, 349; *Kapiolani Estate* v. *Atcherley,* 238 U. S. 119, 136; *Cardona* v. *Quinones,* 240 U. S. 83, 88. *Mr. Lorrin Andrews* for the plaintiff in error. *Mr. David L. Withington* for the defendant in error.